IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | NO. 08 C 2930 |
| KLS SERVICES, INC., ) | |
| an Indiana corporation, ) | JUDGE BLANCHE M. MANNING |
| ) | |
| Defendant. ) | |

## **MOTION FOR ENTRY OF JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, KLS SERVICES, INC., an Indiana corporation, in the total amount of $41,131.20, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $2,821.25.

On September 11, 2008, this Court entered an order of default and took the Plaintiffs' Motion for Judgment under advisement. On October 21, 2008, the Court denied Plaintiffs' Motion without prejudice to refiling a motion that documents and substantiates the amounts requested. Plaintiffs hereby refile their Motion for Entry of Judgment, with supporting documentation attached to the Affidavits in support of their Motion. Plaintiffs respectfully renew their request for entry of judgment.

/s/   Cecilia M. Scanlon

# CERTIFICATE OF SERVICE

        The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 6th day of November 2008:

        Mr. Sean Wilson, Registered Agent
        KLS Services, Inc.
        12550 Parrish Avenue
        PO Box 506
        Cedar Lake, IN 46303-0506


        /s/ Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MOEJ\KLS Services\motion 11-06-08.cms.kp.wpd