IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM E. DUGAN, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | NO. 08 C 2930 |
| KLS SERVICES, INC., ) | |
| an Indiana corporation, ) | JUDGE BLANCHE M. MANNING |
| ) | |
| Defendant. ) | |

**MOTION FOR ENTRY OF JUDGMENT**

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, KLS SERVICES, INC., an Indiana corporation, in the total amount of $46,475.20, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $2,821.25.

On September 11, 2008, this Court entered an order of default and took the Plaintiffs' Motion for Judgment under advisement. On November 26, 2008, the Court denied Plaintiffs' Motion without prejudice to refiling a motion that documents and substantiates the amounts requested. Plaintiffs hereby refile their Motion for Entry of Judgment, with supporting documentation attached to the Affidavits in support of their Motion. Plaintiffs respectfully renew their request for entry of judgment.

/s/   Cecilia M. Scanlon

Attorneys for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com
I:\MOEJ\KLS Services\motion 12-05-08.cms.kp.wpd

# CERTIFICATE OF SERVICE

  The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 5th day of December 2008:

    Mr. Sean Wilson, Registered Agent
    KLS Services, Inc.
    12550 Parrish Avenue
    PO Box 506
    Cedar Lake, IN   46303-0506


        /s/   Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\MOEJ\KLS Services\motion 12-05-08.cms.kp.wpd